IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD T. NEWMAN, Jr., | : |
|     Plaintiff | : |
|     v. | : Case No. 3:23-cv-58-KAP |
| PA. DEPT. OF CORRECTIONS, *et al.*, | : |
|     Defendants | : |

### Memorandum Order

My recommendation that the complaint be dismissed without prejudice for failure to make timely service, *see* Fed.R.Civ.P. 4(m), is pending at ECF no. 5, with objections pending at ECF no. 6. The Motion for Marshal's Service at ECF no. 7 is denied without prejudice. If the Court does not extend the time for service this matter will be dismissed, and if the Court finds that the time for service should be extended, then I will order the Marshal to serve the complaint without need of further motion.

DATE:  September 14, 2023

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

    Clifford T. Newman, Jr. AT-0783
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698